UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANK MARSHALL SELF | CIVIL ACTION |
| VERSUS | NO. 14-1798 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "N" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that the claims of Frank Marshall Self are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 4th day of May, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE